[No. 3173–0–III. Division Three. September 1, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. PEDRO
LORENDES CONOL, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 70251, Yancey Reser, J., entered
November 7, 1978. *Affirmed* by unpublished opinion per
Green, C.J., concurred in by Munson, J., Roe, J., dissenting.

[No. 6557–2–I. Division One. September 2, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
FRANKLIN McKIM, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85851, Jerome M. Johnson, J., entered April 8,
1978. *Affirmed* by unpublished opinion per Durham–
Divelbiss, J., concurred in by Callow, C.J., and James, J.

[No. 7203–0–I. Division One. September 2, 1980.]

FERDINAND PIHEL, *Appellant,* v. TOPPER'S INC.,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 817374, George H. Revelle, J., entered
December 5, 1978. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Callow, C.J., and Andersen, J.

[No. 7295–1–I. Division One. September 2, 1980.]

STANLEY BENDER, *Respondent,* v. THE CITY
OF SEATTLE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 834928, Robert M. Elston, J., entered January
11, 1979. *Reversed* and *remanded* by unpublished opinion
per Swanson, J., concurred in by James, A.C.J., and
Durham–Divelbiss, J.